Kuller v. Kuller, 1997 ND 90, 569 N.W.2d 288|N.D. Supreme Court|
Kuller v. Kuller, 1997 ND 90, 569 N.W.2d 288
[Go to Documents]
Filed May 13, 1997
IN THE SUPREME COURT
STATE OF NORTH DAKOTA
1997 ND 90
Shirley Kuller, Plaintiff and Appellee
v.
Gilbert Kuller, Defendant and Appellant
Civil No. 960337
Appeal from the District Court for Morton County, South Central Judicial District, the Honorable Bruce B. Haskell, Judge.
AFFIRMED AND REMANDED.
Per Curiam.
Benjamin C. Pulkrabek, 402 1st Street NW, Mandan, N.D. 58554, for defendant and appellant.
Richard B. Baer, P.O. Box 1221, Bismarck, N.D. 58502-1221, for plaintiff and appellee.
Kuller v. Kuller
Civil No. 960337
Per Curiam.
[¶1] Gilbert Kuller appeals from the district court's judgment awarding Shirley Kuller $300 monthly spousal support. We affirm the district court's judgment under Rule 35.1(a)(2), N.D.R.App.P. We also grant Shirley Kuller's request for attorney's fees, remanding the matter to the district court for a determination of her attorney's fees on appeal.
[¶2]
Gerald W. VandeWalle, C.J.
William A. Neumann
Dale V. Sandstrom
Herbert L. Meschke
Mary Muehlen Maring